Civil cover sheet attachment
Plaintiffs counsel

Rachel Hankey, CA Bar No. 226325
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (415) 744-6471
Email: Rachel.hankey@usdoj.gov

Alexis A. Lien, OR State Bar No. 110569
Assistant United States Attorney
Office of United States Attorney
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Phone: (503) 727-1098
Email: Alexis.Lien@usdoj.gov
*Attorneys for Plaintiff, United States of America*

Nina Englander, OR State Bar No. 106119
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, Oregon 97201
Phone: (971) 673-1911
Email: Nina.Englander@doj.state.or.us
*Attorney for Plaintiff, State of Oregon*

Civil Cover Sheet Attachment
23-cv-968